Stephen H. Bean (USB 9240, steve@legendslaw.com)
Nicholas D. Wells (USB 10150, nwells@legendslaw.com)
LEGENDS LAW GROUP, PLLC
330 N Main
Kaysville, Utah 84037
Tel: (801) 337-4500

Attorneys for Plaintiff
EW IP Reserve, LLC.

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| EW IP Reserve, LLC., a Nevada LLC,<br><br>   Plaintiff,<br><br>v.<br><br>Johnny's Egg Works Inc., a Florida corporation,<br><br>   Defendant. | **PLAINTIFF'S MOTION FOR LEAVE TO HOLD TELEPHONIC ATTORNEY PLANNING MEETING**<br><br>Civil Action No. 8:19-cv-1620-MSS-AEP |

Plaintiff EW IP Reserve, LLC, by and through its undersigned counsel, hereby moves this court for an order allowing counsel for both plaintiff and defendant to hold a telephonic attorney planning meeting pursuant to Local Rule 3.05(c)(2)(B). Counsel for Defendant has no objection to meeting via telephone. (Ex. A, Email from R. Eddy to S. Bean dated 9/9/19.)

Plaintiff's national trademark counsel is based in Utah and it does not have lead counsel located within the state of Florida. Allowing counsel to communicate via telephonic or even video conferencing for this meeting would help promote the efficient resolution of the parties' respective positions in this matter.

Respectfully submitted,

Dated: September 9, 2019

*[signature: Steve Bean]*
Stephen H. Bean
Utah Bar No.: 9240
**LEGENDS LAW GROUP, PLLC**
330 N Main
Kaysville, UT 84037
steve@legendslaw.com
(801) 337-4500

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing is being filed electronically with the Clerk of the Court via CM/ECF, which will send notice of the electronic filing to all counsel of record.

_/s/ Steve Bean_
Stephen H. Bean
Utah Bar No.: 9240
**LEGENDS LAW GROUP, PLLC**
330 N Main
Kaysville, UT 84037
steve@legendslaw.com
(801) 337-4500

# EXHIBIT A

**From:** Robert Eddy reddy@e-rlaw.com
**Subject:** RE: EW IP Reserve v. Johnny's Egg Works
**Date:** September 9, 2019 at 9:33 AM
**To:** Stephen H. Bean steve@legendslaw.com

Stephen

In reviewing Judge Scriven's required Case Management Report form, I note that it provides that lead counsel must appear in person at the Case Management Conference, and NOT by telephone unless the Court grants leave to do so. ==You may want to file a Motion for Leave to appear telephonically. I have no objection to you appearing via phone.==

Bob

*Robert K. Eddy, P.A.*
*320 W. Kennedy Blvd., Suite 700*
*Tampa, FL 33606*
*Tel: (813) 251-8800*
*Fax: (813) 251-5042*

---

**From:** Stephen H. Bean <steve@legendslaw.com>
**Sent:** Friday, September 06, 2019 1:55 PM
**To:** Robert Eddy <reddy@e-rlaw.com>
**Subject:** Re: EW IP Reserve v. Johnny's Egg Works

Tuesday, 9:00 am MST.

Thanks.

> On Sep 6, 2019, at 11:54 AM, Robert Eddy <reddy@e-rlaw.com> wrote:
>
> Steve
>
> I have a client waiting to speak with me.
> How about Tuesday. You set the time. Be sure to indicate time zone since I'm in Florida and you're in Utah.
>
> Bob
>
> *Robert K. Eddy, P.A.*
> *320 W. Kennedy Blvd., Suite 700*
> *Tampa, FL 33606*
> *Tel: (813) 251-8800*
> *Fax: (813) 251-5042*
>
> ---
>
> **From:** Stephen H. Bean <steve@legendslaw.com>
> **Sent:** Friday, September 06, 2019 1:44 PM
> **To:** Robert Eddy <reddy@e-rlaw.com>
> **Subject:** Re: EW IP Reserve v. Johnny's Egg Works

**Subject:** Re: EW IP Reserve v. Johnny's Egg Works

Bob,

Thanks for reminding me.  Do you have time now?

Steve

> On Sep 6, 2019, at 11:44 AM, Robert Eddy <reddy@e-rlaw.com> wrote:
>
> Stephen
>
> Are we going to schedule a Case Management Conference?
> I'm available next week on Tuesday thru Thursday.
>
> Please advise as to day and time.
> Thanks.
>
> Bob
>
> *Robert K. Eddy, P.A.*
> *320 W. Kennedy Blvd., Suite 700*
> *Tampa, FL  33606*
> *Tel: (813) 251-8800*
> *Fax: (813) 251-5042*