IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| EW IP RESERVE, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY'S EGG WORKS, INC., a Florida Corporation<br><br>Defendant. | Civil Action No. 8:19-cv-1620-MSS-AEP<br><br><br>**ELECTRONICALLY FILED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Rules 41(a)(1)(ii) and 41(c), hereby stipulate to the dismissal of this action with prejudice, including all claims and counterclaims, each party to bear its own costs and expenses.

Date: ~~March 23, 2020~~ June 19, 2020

Respectfully submitted,

By: s/ *[signature]*
Stephen H. Bean
Utah Bar No. 9240
steve@legendslaw.com

Legends Law Group, PLLC
330 N Main
Kaysville, UT 84037
(801) 337-4500

Attorneys for Plaintiff
EW IP Reserve, LLC.

By: s/ *[signature]*
John D. Robinson
Florida Bar No. 0389900
jrobinson@drml-law.com

Dean, Ringers, Morgan & Lawton, P.A.
201 E Pine Street, Suite 1200
Orlando, FL 32801
(407) 422-4310

Attorneys for Defendant,
Johnny's Egg Works, Inc.

6·12·20